UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
------------------------------------------------------------------------X
TRUSTEES of the LOCAL 1034 PENSION TRUST    :
FUND,                                        :
                                             :
                          Plaintiffs,        :   No.: _____
                                             :
          - against -                        :
                                             :
TUNNEL BARREL & DRUM CO., INC.;              :
329 VETERANS BOULEVARD LLC; and CPR          :
CONTAINER SOLUTIONS LLC,                     :
                                             :
                          Defendants.        :
------------------------------------------------------------------------X
```

# COMPLAINT

Plaintiffs, the Trustees (the "Trustees") of the Local 1034 Pension Trust Fund (the "Fund"), by and through their undersigned counsel, bring this action against Defendants Tunnel Barrel & Drum Co., Inc. ("Tunnel Barrel"), 329 Veterans Boulevard LLC ("Veterans Boulevard"), and CPR Container Solutions LLC ("Container Solutions"), and allege as follows:

## I. INTRODUCTION

1. This is an action under the Employee Retirement Income Security Act of 1974, as amended ("ERISA") to recover statutorily prescribed withdrawal liability arising out of Tunnel Barrel's complete withdrawal from the Fund as of June 30, 2025.

2. Tunnel Barrel was party to a collective bargaining agreement that required it to contribute to the Fund on behalf of those of its employees who performed covered work.

3. As of June 30, 2025, Tunnel Barrel ceased all operations and terminated its employees. On June 30, 2025, the Trustees of the Fund notified Tunnel Barrel that it had

effected a complete withdrawal from the Fund and that its resulting withdrawal liability is $1,327,440.00. The Trustees also notified Tunnel Barrel that the Trustees had determined that there was a substantial risk that it would be unable to pay the liability, and that as a result, the Trustees had exercised their authority to accelerate the liability and require immediate payment of the entire accelerated amount by July 6, 2025. To date, no payment has been received.

4. In this action, the Trustees, on behalf of the Fund, seek to: (i) hold Tunnel Barrel liable for the $1,327,440.00 in outstanding withdrawal liability, along with additional amounts to be determined of interest, liquidated damages, and reasonable attorneys' fees and costs accrued through the entry of judgment in this matter, and (ii) hold Veterans Boulevard and Container Solutions jointly and severally liable as trades or businesses under common control with Tunnel Barrel.

## II.   JURISDICTION AND VENUE

5. This Court has personal jurisdiction over Defendants because they reside and do business in New Jersey.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the Trustees are fiduciaries of the Fund seeking relief pursuant to 29 U.S.C. § 1451.

7. Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) because Defendants reside and do business in this District.

## III.   PARTIES

8. The Fund is a jointly-administered, multi-employer, labor-management trust fund established and maintained pursuant to collective bargaining agreements in accordance with 29 U.S.C. § 186(c)(5)-(6); an employee benefit plan within the meaning of 29 U.S.C. §§ 1002(1) to (3) and 1132(d)(1); a pension benefit plan within the meaning of 29 U.S.C. § 1002(2)(A); and

a multi-employer plan within the meaning of 29 U.S.C. §§ 1002(37) and 1145. The Fund is administered from 48-18 Van Dam Street, Suite 201, Long Island City, New York 11101.

9. Plaintiffs, the Trustees, are fiduciaries of the Fund and bring this action in their capacities as fiduciaries of the Fund pursuant to 29 U.S.C. §§ 1002(21) and 1451(a)(1).

10. Defendant Tunnel Barrel is a for-profit New Jersey corporation. Its principal place of business is 85 Triangle Boulevard, Carlstadt, New Jersey 07072. Tunnel Barrel was owned in equal shares by Anthony P. Urcioli and Linda Urcioli, who were husband and wife until Mr. Urcioli's death on April 14, 2025, at which point Mrs. Urcioli became the sole owner.

11. Defendant Veterans Boulevard is a for-profit New Jersey corporation. Its principal place of business is 85 Triangle Boulevard, Carlstadt, New Jersey 07072. Veterans Boulevard was owned in equal shares by Mr. Urcioli and Mrs. Urcioli until Mr. Urcioli's death on April 14, 2025, at which point, upon information and belief, Mrs. Urcioli became the sole owner.

12. Defendant Container Solutions is a for-profit New Jersey corporation. Its principal place of business is 85 Triangle Boulevard, Carlstadt, New Jersey 07072. Container Solutions was owned exclusively by Mr. Urcioli until his death on April 14, 2025, at which point, upon information and belief, Mrs. Urcioli became the sole owner.

### IV. TUNNEL BARREL'S WITHDRAWAL LIABILITY

13. Tunnel Barrel was party to a collective bargaining agreement that required it to contribute to the Fund on behalf of those of its employees who performed covered work.

14. Effective June 30, 2025, Tunnel Barrel ceased all operations and terminated its employees, thereby effecting a complete withdrawal from the Fund within the meaning of 29 U.S.C. § 1383(b).

15. In accordance with 29 U.S.C. § 1399(b)(1) and (c)(1), on June 30, 2025, the Trustees notified Tunnel Barrel that it had effected a complete withdrawal from the Fund, and that its allocated share of the unfunded vested liabilities of the Fund was calculated to be $8,275,157.00, but that as a result of the twenty-year cap on payments, its withdrawal liability was $1,327,440.00.

16. The Trustees also notified Tunnel Barrel that the Trustees had exercised their authority pursuant to 29 U.S.C. § 1399(c)(5)(B) to accelerate the liability and demand immediate payment of the $1,327,440.00 in withdrawal liability on or before July 6, 2025.

17. To date, Tunnel Barrel has not made any payments toward its withdrawal liability, requested a review, or commenced arbitration.

## COUNT I

### Withdrawal Liability Owed by Tunnel Barrel
### Pursuant to 29 U.S.C. § 1451(a)(1)

18. The Trustees repeat and reallege the foregoing allegations as if fully set forth herein.

19. Tunnel Barrel had an obligation to contribute to the Fund that permanently ceased as of June 30, 2025.

20. On June 30, 2025, the Trustees notified Tunnel Barrel that it had effected a complete withdrawal from the Fund and demanded immediate payment of $1,327,440.00 in withdrawal liability.

21. To date, no payment has been received.

22. Plaintiffs, the Trustees of the Fund, demand judgment against Tunnel Barrel for: (i) $1,327,440.00 in withdrawal liability, (ii) interest at the rate of 1.5% per month, (iii) liquidated damages equal to the greater of the accrued interest or 20% of the outstanding

4

withdrawal liability, (iv) reasonable attorneys' fees and costs accrued through the entry of judgment in this matter, and (v) such other relief as the Court may deem just and equitable.

## COUNT II

### Controlled Group Liability Owed by Veterans Boulevard and Container Solutions Pursuant to 29 U.S.C. § 1451(a)(1)

23. The Trustees repeat and reallege the foregoing allegations as if fully set forth herein.

24. At all relevant times, Veterans Boulevard and Container Solutions were "trades or businesses under common control" with Tunnel Barrel within the meaning of 29 U.S.C. § 1301(b)(1) because they were for-profit enterprises that shared common ownership with Tunnel Barrel.

25. Plaintiffs, the Trustees of the Fund, demand judgment against Veterans Boulevard and Container Solutions holding them jointly and severally liable with Tunnel Barrel for the amounts owed under Count I to the Fund.

Dated:   July 7, 2025

**PROSKAUER ROSE LLP**

By:   */s/ Neil V. Shah*
          Neil V. Shah

Eleven Times Square
New York, New York 10036
(212) 969-3028
nshah@proskauer.com

*Counsel for the Plaintiffs*